# UNITED STATES DISTRICT COURT

FOR THE _____ District of _____ PUERTO RICO

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| **V.** | |
| ANGEL FERNANDO COLLAZO-GODINEAUX | Case Number: 3:11-CR-173-001 (GAG) |
| | USM Number: 37473-069 |
| | AFPD-VICTOR J. GONZALEZ-BOTHWELL, ESQ. |
| | Defendant's Attorney |

**THE DEFENDANT:**

X pleaded guilty to count(s)   One of the indictment on March 21, 2012.

☐ pleaded nolo contendere to count(s) _____
   which was accepted by the court.

☐ was found guilty on count(s) _____
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| **Title & Section** | **Nature of Offense** | **Offense Ended** | **Count** |
|---|---|---|---|
| 18 USC § 1343 | Wire Fraud. | 9/29/08 | One |
| 18 USC § 1957(a) | Money Laundering. | 2/28/08 | Seven |

   The defendant is sentenced as provided in pages 2 through   5   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

x Count(s)   2-6   ☐ is  x are  dismissed on the motion of the United States.

   It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

July 12, 2012
Date of Imposition of Judgment

S/ Gustavo A. Gelpí
Signature of Judge

Gustavo A. Gelpí, United States District Judge
Name and Title of Judge

July 24, 2012
Date

DEFENDANT: ANGEL FERNANDO COLLAZO-GODINEAUX
CASE NUMBER: 3:11-CR-173-001 (GAG)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of : FORTY SIX (46) MONTHS AS TO BOTH COUNTS.

X   The court makes the following recommendations to the Bureau of Prisons:

The defendant is remanded to the custody of the United States Marshal.

The defendant shall surrender to the United States Marshal for this district:

    at _____ a.m. p.m. on _____ .

☐ as notified by the United States Marshal.

X   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons at his own expenses :

☐ before 2 p.m. on _____ .

as notified by the United States Marshal.

X   as notified by the Probation or Pretrial Services Office. If defendant is unable to report there he shall surrender to the U.S. Marshal for this district.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

a _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: ANGEL FERNANDO COLLAZO-GODINEAUX
CASE NUMBER: 3:11-CR-173-001 (GAG)

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of : THREE (3) YEARS AS TO BOTH COUNTS. SAID TERM TO BE SERVED UNDER THE FOLLOWING TERMS AND CONDITIONS :

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime and shall observe the standard conditions of supervised release recommended by the U.S. Sentencing Commission and adopted by this Court.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance and submit to a drug test within 15 days of release and thereafter submit to random drug testing, not to exceed 104 samples per year in accordance with the Drug Aftercare Program Policy of the U.S. Probation Office approved by this Court . If any such samples detect substance abuse, the defendant shall participate in an in-patient or out-patient substance abuse treatment program in accordance with such policy. The defendant is required to contribute to the cost of services rendered (co-payment) based on the ability to pay or availability of third party payments, as approved by the Court .

- [X] The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)
- [X] The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)
- [X] The defendant shall cooperate in the collection of DNA as directed by the probation officer, pursuant to the Revised by DNA Collection Requirements, and Title 18, US Code § 3563 (a) (9). (Check, if applicable.)
- [ ] The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)
- [ ] The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: ANGEL FERNANDO COLLAZO-GODINEAUX
CASE NUMBER: 3:11-CR-173-001 (GAG)

# ADDITIONAL SUPERVISED RELEASE TERMS

THE DEFENDANT SHALL PROVIDE THE U.S. PROBATION OFFICER ACCESS TO ANY FINANCIAL INFORMATION UPON REQUEST AND SHALL PRODUCE EVIDENCE TO THE U.S. PROBATION OFFICER TO THE EFFECT THAT INCOME TAX RETURNS HAVE BEEN DULY FILED WITHIN HIS PLACE OF RESIDENCE AS REQUIRED BY LAW.

THE DEFENDANT SHALL NOT INCUR IN NEW CREDIT CHARGES AND SHALL NOT OPEN NEW LINES OF CREDIT WITHOUT THE APPROVAL OF THE PROBATION OFFICER BASED ON THE ABILITY TO PAY OR AVAILABILITY OF THIRD PARTY PAYMENT.

DEFENDANT IS ORDERED TO PAY RESTITUTION IN THE AMOUNT OF $1,423,858.00. PURSUANT TO THE PROVISIONS OF 18 U.S.C. SEC. 3664(B), THE DEFENDANT SHALL SUBMIT MONTHLY PAYMENTS OF NO LESS THAN $300.00 OR MORE TO COMMENCE WITHIN THREE MONTHS OF HIS RELEASE, IN ACCORDANCE WITH HIS ABILITY TO PAY TOWARDS THE RESTITUTION AMOUNT ORDERED BY THE COURT. PAYMENTS ARE TO BE MADE DIRECTLY TO THE U.S. CLERK OF COURT, DISTRICT OF PUERTO RICO FOR TRANSFER TO THE VICTIMS. IF THE DEFENDANT BELIEVES THAT HE IS UNABLE TO MAKE RESTITUTION, HE MUST SUBMIT A DETAILED FINANCIAL AFFIDAVIT TO THE COURT WITHIN THIRTY (30) DAYS FOR FURTHER CONSIDERATION ON THE RESTITUTION ORDER IMPOSED.

THE DEFENDANT SHALL SUBMIT HIS PERSON, PROPERTY, HOUSE, RESIDENCE, VEHICLE, PAPERS, COMPUTERS ( AS DEFINED IN 18 U.S.C. Sec.1030(e)(1)), OTHER COMMUNICATIONS OR DATA STORAGE DEVICES OR MEDIA, OR OFFICE, TO A SEARCH CONDUCTED BY A UNITED STATES PROBATION OFFICER. FAILURE TO SUBMIT TO A SEARCH MAY BE GROUNDS FOR REVOCATION, THE DEFENDANT SHALL WARN ANY OTHER RESIDENTS THAT THE PREMISES MAY BE SUBJECT TO SEARCHES PURSUANT TO THIS CONDITION.

HAVING CONSIDERED THE DEFENDANT'S FINANCIAL CONDITION, THE COURT FINDS THAT HE DOES NOT HAVE THE ABILITY TO PAY A FINE .

DEFENDANT: ANGEL FERNANDO COLLAZO-GODINEAUX
CASE NUMBER: 3:11-CR-173-001 (GAG)

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| **TOTALS** | $ 200.00 | $ 0.00 | $ 1,423,858.00 |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| **TOTALS** | $ 0 | $ 0 | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☐ the interest requirement is waived for the    ☐ fine    ☐ restitution.

    ☐ the interest requirement for the    ☐ fine    ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.